AO 442 (Rev. 01/09) Arrest Warrant

9510375

1411-0417-1322-5

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

FILED
2014 JUN -9 P 2:45

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR14-275 CRB NJV |
| ERIC EDGAR | ) | 14 70596 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ERIC EDGAR ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Manufacture and Possess with Intent to Distribute 1,000 or more Marijuana Plants -- 21 United States Code Section 846

Manufacture and Possession with Intent to Distribute 1,000 or more Marijuana Plants -- 21 United States Code Section 841(a)(1)

Date: 4/16/14

*Issuing officer's signature*

City and state: San Francisco, California     Hon. Nandor J. Vadas, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 4/16/2014 , and the person was arrested on *(date)* 5/14/2014
at *(city and state)* Los Angeles, CA . ICE N/CA by USMS N/CA

Date: 5/16/2014

*Arresting officer's signature*

DUSM J. SIEGEL
*Printed name and title*